

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:05cr69LG-JMR

CHRISTINA BENNY  18 U.S.C. § 1344

**The Grand Jury charges:**

1. That from in or about the year 2002, the exact beginning date being unknown, and continuing through June 13, 2005, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **CHRISTINA BENNY**, devised a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, and to deprive the Bancorp South of the intangible right of the honest services of its employees, by working as a head teller at the Bancorp South Branch at 524 Courthouse Road in Gulfport, and siphoning off or wrongfully removing approximately $420,000 from teller drawers at Bancorp South, for the purpose of gambling at casinos in and around Gulfport.

2. That on or about June 7, 2005, the defendant, **CHRISTINA BENNY**, knowingly executed and attempted to execute the scheme and artifice to defraud Bancorp South, which maintains a branch office at 524 Courthouse Road, Gulfport, Mississippi, a financial institution with deposits then insured by the Federal Deposit Insurance Corporation, by removing money from her teller drawer and making a false entry showing the cash was disbursed, but not immediately posting

the disbursement entry until she had an opportunity to post the balancing entries into general ledger accounts.

All in violation of Section 1344, Title 18, United States Code.

/s/ Dunn Lampton
DUNN LAMPTON
United States Attorney